UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, et al,

                                                         Plaintiffs,

  -against-                                                          Docket No.: 1:22-cv-02860
                                                                     (ARR) (MMH)

KARIN GEPP, PH.D. (A Sole Proprietorship),
GEPP PSYCHOLOGICAL SERVICES, PLLC,
KARIN GEPP, JOHN DOE DEFENDANTS "1"
through "10", ORLEIDA MATOS, JESSICA PAULIN,
 JASNETH MITCHELL, TREVOR PALMER,
JOCELYN CACERES, ADINA HASANOVIC,
MICKAELLE DOUGHERTY, AND TERESA WELLS.

                                                     Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

<u>**CERTIFICATE OF DEFAULT REGARDING**</u>
<u>**ADINA HASANOVIC**</u>

       I, DOUGLAS C. PALMER, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant, Adina Hasanovic has not filed an answer or otherwise moved with respect to the Complaint herein.  The default of Defendant, Adina Hasanovic is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.


Dated:       Brooklyn, New York
               August      , 2022

                                                              DOUGLAS C. PALMER
                                                              Clerk of the Court



                                                              By:_____
                                                                    Deputy Clerk