

**BARRY I. LEVY**
PARTNER
(516) 357-3149
barry.levy@rivkin.com

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

December 13, 2022

**By ECF**
Honorable Allyne R. Ross, U.S.D.J
Honorable Marcia H. Henry, U.S.M.J.
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

**Re:   Government Employees Insurance Company et al. v. Karin Gepp, Ph.D. (A Sole Proprietorship) et. al.
Docket No.: 1-22-cv-02860 (ARR)(MMH)**

Dear Judge Ross and Magistrate-Judge Henry:

I am pleased to report that we have reached a settlement in principle in this matter, which remains subject to a mutually acceptable written agreement signed by all parties.  We are in the process of preparing the necessary documents to conclude the settlement and believe that it will take about 3-4 weeks for us to be in a position to file a stipulation of dismissal.  While the initial conference in this matter was recently adjourned to February 15, 2023 (See ECF 58), there is a motion to quash pending, and would request that the motion be adjourned and/or held in abeyance pending a conclusion of the settlement.

The Court's attention to this matter is appreciated.

                                                   Respectfully submitted,

                                                   RIVKIN RADLER LLP

                                                 *Barry I. Levy*

                                                 Barry I. Levy

BIL/lg

Cc:     All counsel by ECF