UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY and
GEICO CASUALTY COMPANY,                                            Docket No.: 1:22-cv-02860-ARR-MMH

                             Plaintiffs,

    -against-

KARIN GEPP, PH.D. (A Sole Proprietorship), et al.,

                             Defendants.
-----------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between the undersigned counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively "Plaintiffs") and Defendants, Karin Gepp, Karin Gepp, Ph.D. (A Sole Proprietorship), and Gepp Psychological Services, PLLC (collectively, the "Defendants") that all claims by Plaintiffs against the Defendants are dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a). Plaintiffs and the Defendants shall bear their own costs and attorneys' fees in connection with the prosecution and/or defense of this action.

Dated: January 30, 2023

| RIVKIN RADLER LLP | THE RYBAK FIRM, PLLC |
|---|---|
| By: *Barry I. Levy* <br>    Barry I. Levy, Esq. <br>    926 RXR Plaza <br> Uniondale, New York 11556 | By: *Oleg Rybak* <br>    Oleg Rybak, Esq. <br>    1810 Voorhies Avenue, Suite 7 <br>    Brooklyn, New York 11235 |
| *Counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company* | *Counsel for Defendants, Karin Gepp, Karin Gepp, Ph.D. (A Sole Proprietorship), and Gepp Psychological Services, PLLC* |

So Ordered,

/s/(ARR)
_____
Allyne R. Ross, U.S.D.J.
1/31/23

6171636.v1